

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARWIN DEAN THRAMS,<br><br>Defendant. | CR 16-111-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to File Document Under Seal (Doc. 34), and good cause being shown,

IT IS HEREBY ORDERED that the psychosexual evaluation prepared by Michael Sullivan, MSW is filed under seal.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 16th day of August, 2017.

SUSAN P. WATTERS
United States District Judge

1